1
2 **E-Filed 10/19/05**
3
4
5
6
7                                    NOT FOR CITATION
8                          **IN THE UNITED STATES DISTRICT COURT**
9                        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                                   **SAN JOSE DIVISION**
11

| 12 | TINA MARIE MESSINEO, | Case Number C 05-3306 JF |
|---|---|---|
| 13 | Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| 14 | v. | |
| 15 | JO ANNE B. BARNHART, Commissioner of Social Security, | [Doc. No. 2] |
| 16 | | |
| 17 | Defendant. | |

18
19   Plaintiff's application to proceed *in forma pauperis* is GRANTED.
20
21
22 DATED: 10/19/05
23                                              /s/ electronic signature authorized
24                                              _____
                                                JEREMY FOGEL
25                                              United States District Judge
26
27
28

Case No. C 05-3306 JF
ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS
(JFLC2)

1 Copies of Order served on:

3 Angelina Valle    angelina@valle-law.com, ralph@valle-law.com

2

Case No. C 05-3306 JF
ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS
(JFLC2)