**E-Filed 5/23/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TINA M. MESSINEO,<br><br>              Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>              Defendant. | Case Number c 05-3306 JF<br><br>ORDER[1] TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

The Court granted Plaintiff's action to proceed *in forma pauperis* on October 19, 2005. There has been no further action in this case since then, although Plaintiff is represented by two attorneys.

---

    [1]    This disposition is not designated for publication and may not be cited.

Case No. c 05-3306 JF
ORDER TO SHOW CAUSE
(JFLC2)

1  Plaintiff is ORDERED TO SHOW CAUSE, by appearing before the Court personally or
2  through counsel of record at the time and place specified herein, why this action should not be
3  dismissed without prejudice for failure to prosecute.  Such appearance shall be made at 10:30
4  a.m. on June 9, 2006 in Courtroom 3 on the Fifth Floor of the United States District Court
5  located at 280 S. First Street, San Jose, CA 95113.  If Plaintiff fails to appear at the designated
6  time or fails to show cause why the action should not be dismissed, the action will be dismissed
7  without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED:  5/23/06

_____
JEREMY FOGEL
United States District Judge

2

Case No. c 05-3306 JF
ORDER TO SHOW CAUSE
(JFLC2)

1  Copies of Order served on:
2
3
   Counsel for Plaintiff:
4
5  Angelina Valle
   Law Office of Angelina Valle
6  1671 The Alameda Suite 302
   San Jose, Ca 95126
7
8  James Hunt Miller
   P.O. Box 10891
9  Oakland, CA 94610
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. c 05-3306 JF
ORDER TO SHOW CAUSE
(JFLC2)